The Law Offices of
**David A. Avedissian, Esquire, LLC**
135 Kings Highway East
Haddonfield, New Jersey 08033
Telephone (856) 857-1901
Facsimile (856) 857-1902



*Admitted to Practice in New Jersey & Pennsylvania

August 31, 2009

Honorable Joel Schneider, U.S.M.J.
Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza, Room 2060
Camden, NJ 08101

    Re:    **McMullen and Obchinetz v. Township of Maple Shade**
            **Civil No. 08-2902**

Dear Judge Schneider:

    This letter shall serve as notice and confirmation to the Court that plaintiffs have received all discovery required of parties which were represented by counsel with appearances entered in the matter in *Obchinetz v. Maple Shade Twp.* et al. prior to consolidation with the *McMullen* case under the above docket number. Accordingly, there will be no need for the September 10, 2009 hearing which was scheduled by the Court to address any towns which had not complied with discovery obligations by August 31, 2009.



    The Court's assistance is greatly appreciated.

               Respectfully yours,

               /s/ David A. Avedissian

               DAVID A. AVEDISSIAN

DA:tad
cc:    John C. Gillespie, Esquire (via facsimile only)
        Carolyn C. Lindheim, Esquire (via facsimile only)
        Steven E. Angstreich, Esquire (via facsimile only)
        Clerk, United States District Court (via e-filing)

So Ordered this ___ day
of September, 2009
_____
JOEL SCHNEIDER, USMJ